UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR1737-WQH |
| Plaintiff, | ) | |
| v. | ) | ORDER TO DISMISS INDICTMENT |
| MIGUEL CONTRERAS-CONTRERAS, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the above-entitled Indictment charging MIGUEL CONTRERAS-CONTRERAS with violating Title 21, United States Code, Sections 952 and 960 - Importation of Marijuana, and Title 21, United States Code, Section 841(a)(1) - Possession of Marijuana with Intent to Distribute, filed on July 3, 2007, be dismissed without prejudice.

**IT IF FURTHER ORDERED** that the defendant be released if in custody or that bond be exonerated if bond has been posted.

**IT IS FURTHER ORDERED** that the Motion in Limine hearing date of January 22, 2007, be vacated, and the trial date of January 23, 2007, be vacated.

**SO ORDERED.**

DATED: December 17, 2007

**WILLIAM Q. HAYES**
United States District Judge